UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19-cr-10277-WGY |
| | ) | |
| JEFFREY KELLEM | ) | |

## SUPPLEMENT TO DEFENDANT'S EXPEDITED MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. §3582(c)(1)(A)

Defendant, Jeffrey Kellem, supplements his expedited motion for compassionate release with the exhibit which was received by undersigned counsel on April 30, 2020, containing (a) the compassionate release notification form of denial, (b) the Warden's letter of denial, and (c) the two page request for administrative remedy wherein Mr. Kellem seeks to appeal the adverse ruling by the Warden.

The purpose of this supplement is to demonstrate to the Court that Mr. Kellem is complying with the requirements of administrative exhaustion of remedies to the best of his abilities.

 Respectfully submitted,
JEFFREY KELLEM,
By His Attorney,

*/s/ James B. Krasnoo*
James B. Krasnoo BBO #279300
Krasnoo, Klehm and Falkner
28 Andover Street
Suite 240
Andover, MA 01810
978-475-9955

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2020.

                                                */s/ James B. Krasnoo*
                                                  James B. Krasnoo